IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ADRIENNE L. ADAMS, | ) | |
| Ex rel. Gene B. Clark, Jr., | ) | 4:10CV00033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of the Magistrate Judge regarding the Commissioner of Social Security's Motion for Summary Judgment and the Claimant's Response. Def.'s Mot. for Summ. J, Jan. 18, 2011, ECF No. 14; Pl.'s Resp. to Def.'s Mot. for Summ. J., Feb. 1, 2011, ECF No. 17. This action is being prosecuted by the Claimant's mother, Adrienne Adams, because the Claimant, Gene Clark, Jr., is a minor. The Claimant's mother timely filed an Objection to the Report and Recommendation. Objection, Mar. 9, 2011, ECF No. 19. For the reasons explained in the accompanying Memorandum Opinion, the Court **SUSTAINS** the Claimant's Objection, **ADOPTS IN PART AND REJECTS IN PART** the Magistrate Judge's Report and Recommendation, **GRANTS IN PART AND DENIES IN PART** the Commissioner's Motion for Summary Judgment, and **REMANDS** this matter to the Commissioner to consider new medical evidence of the extent of the Claimant's psychological impairments.

ENTERED this 1st day of April, 2011.

                                                                                                       s/Jackson L. Kiser
                                                                                                          Senior United States District Judge